# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **Case No. 1:20-CR-00011-RP-2** |
| | § | |
| **ROSE RODRIGUEZ-RABIN (2),** | § | |
| *Defendant* | § | |
| | § | |

## ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Rose Rodriguez-Rabin's Unopposed Motion to Amend Bond Conditions to Allow the Defendant to Move to a New Address, filed on August 12, 2020. Dkt. 49. On the same date, the District Court referred the Motion to the undersigned Magistrate Judge for resolution, pursuant to 18 U.S.C. § 3006A(b), 28 U.S.C. § 636(b)(1)(B), and Rule 44 of the Federal Rules of Criminal Procedure. Dkt. 50.

In the Order Setting Conditions of Release, Defendant was ordered to live in her sister's home. Defendant now moves to modify the conditions of release so that she may move to an apartment. Counsel for Defendant states that he has conferred with the Government and the United States Pretrial Services, and both are unopposed to Defendant's Motion. Dkt. 49 at 1.

Defendant's motion therefore is **GRANTED**. **IT IS HEREBY ORDERED** that Paragraph 7(f) of Defendant's Additional Conditions of Release (Dkt. 13) is **AMENDED** to read:

> The defendant must abide by the following restrictions on personal association, residence, or travel: Reside at the following address: Dwell Apartments, 1810 E. Sonterra Blvd., San Antonio, Texas 78259. Travel restricted to Bexar County, unless approved by Pretrial Services. May travel to Austin, Texas, for court purposes.

**SIGNED** on August 12, 2020.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE